Clarence Duke McGANN, Appellant,

v.

UNITED STATES MARSHAL, DISTRICT OF MARYLAND, Appellee.

Clarence Duke McGANN, Appellant,

v.

UNITED STATES of America, Appellee.

Nos. 9725, 9726.

United States Court of Appeals Fourth Circuit.

Argued July 2, 1965.

Decided July 6, 1965.

Lowell R. Bowen, Baltimore, Md. (Court-assigned counsel) for appellant.

Ronald T. Osborn, Asst. U. S. Atty. (Thomas J. Kenney, U. S. Atty., on brief), for appellee.

Before HAYNSWORTH, Chief Judge, SOBELOFF, Circuit Judge, and BUTZNER, District Judge.

PER CURIAM:

For the reasons stated by the District Judge in his opinion, 233 F.Supp. 419, the denial of the petition to vacate the Maryland sentence under 28 U.S.C. § 2255 is affirmed. This makes it unnecessary to consider the jurisdiction of the District Court of Maryland to entertain a habeas corpus petition attacking the New York conviction.

Affirmed.

Dorothy WEATHERS et al., Appellants,

v.

CITY OF GREENWOOD, MISSISSIPPI, Appellee.

No. 22597.

United States Court of Appeals Fifth Circuit.

July 20, 1965.

L. H. Rosenthal, Jackson, Miss., Claudia H. Shropshire, Detroit, Mich., for appellants.

Hardy Lott, Gray Evans, Greenwood, Miss., for appellee.

Before HUTCHESON, RIVES and BELL, Circuit Judges.

PER CURIAM:

The motion of appellee to dismiss the appeal is denied.

On the motion of the appellants for summary reversal, it appears that the issues determined in Fifth Circuit, Peacock et al. v. City of Greenwood, Mississippi, 347 F.2d 679, decided June 22, 1965, are identical with the issues on this appeal. It follows from the decision in Peacock that the district court erred in remanding these cases to the State court without a hearing. The orders of remand are therefore vacated and the case is remanded for a hearing on the truth of the appellants' allegations.

Vacated and remanded.